LORRAINE G. BIRO, PLAINTIFF-APPELLANT AND CROSS-RESPONDENT, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, DEFENDANT-RESPONDENT AND CROSS-APPELLANT.

Argued November 10, 1970—Decided November 23, 1970.

Mr. *Benjamin Weiner* argued the cause for appellant-cross-respondent (*Messrs. Weiner & Schoifet,* attorneys; Mr. *Edward J. Egan,* on the brief).

*Mr. Richard H. Woods* argued the cause for respondent-cross-appellant (*Messrs. Hiering, Grasso, Gelzer & Kelaher,* attorneys; *Mr. Thomas F. Kelaher,* of counsel).

PER CURIAM.  The judgment of the Appellate Division, 110 *N. J. Super.* 391, is reversed and the judgment of the trial court is affirmed for the reasons expressed in the dissenting opinion of the Appellate Division.

*For reversal*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For affirmance*—None.